MARK C. ZEBROWSKI (CA SBN 110175)
mzebrowski@mofo.com
JAMES J. CEKOLA (CA SBN 259443)
jcekola@mofo.com
JESSICA A. ROBERTS (CA SBN 265570)
jroberts@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100

Attorneys for Defendant
SEMPRA ENERGY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON EUGENIO SANCHEZ RITCHIE,<br><br>Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY, a California corporation,<br><br>Defendant. | Case No.   10 CV 1513 JLS (WVG)<br><br>**DEFENDANT SEMPRA ENERGY'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:   January 26, 2012<br>Time:   1:30 PM<br>Crtrm:   6<br>Judge:   Honorable J. L. Sammartino |

TO PLAINTIFF AND HIS COUNSEL OF RECORD:

　　PLEASE TAKE NOTICE that on January 26, 2012 at 1:30 P.M., or as soon thereafter as the matter may be heard, in the above-captioned court, in Courtroom 6 of the Edward J. Schwartz U.S. Courthouse and Federal Building, located at 940 Front Street, San Diego, California, before the Honorable Janis L. Sammartino, defendant Sempra Energy will and does hereby move for the Court to dismiss the Second Amended Complaint against Sempra Energy pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

　　This motion is based on this Notice of Motion and Motion, Defendant's Memorandum of Points and Authorities in support thereof, its Notice of Lodgment and the exhibits attached thereto, its Request for Judicial Notice, the declarations of Hipolito Perez Jimenez and Mark C.

Zebrowski, the papers and records on file in this action, and such other evidence and argument that may be presented at the hearing.

Dated: October 20, 2011                    MORRISON & FOERSTER LLP

                                                   By:   /s/Mark C. Zebrowski
                                                         Mark C. Zebrowski

                                                   Attorneys for Defendant
                                                 SEMPRA ENERGY