# Exhibit 2

CONTRATO DE PRESTACION DE SERVICIOS

QUE CELEBRAN POR UNA PARTE EL C. RAMON EUGENIO SANCHEZ RITCHIE, A
QUIEN EN LO SUCESIVO Y PARA LOS EFECTOS DEL PRESENTE INSTRUMENTO
SE LE DENOMINARÁ "EL   CLIENTE", Y POR LA OTRA, EL ARQUITECTO JOSE
SUSUMO AZANO MATSURA, EN LO SUCESIVO, Y PARA LOS EFECTOS DEL
PRESENTE INSTRUMENTO SE LE DENOMINARÁ "EL PRESTADOR", AL TENOR
DE LAS SIGUIENTES DECLARACIONES Y CLÁUSULAS.

I.      DECLARA "EL CLIENTE" BAJO PROTESTA DE DECIR VERDAD:



A.   Ser una persona fisica de nacionalidad mexicana, en pleno usos y goce
     de sus derechos, con plena capacidad para obligarse en los terminos del
     presente Contrato. Es originario de la Ciudad de Cabo San Lucas, Baja
     California Sur, donde nacio el dia 20 de abril de 1944, de ocupacion
     comerciante, estado civil casado bajo el regimen de separacion de
     bienes y al corriente de sus impuestos, esto ulitimo sin acreditarlo. Con
     domicilio en Calle Tercera No. 1675, Colonia Obrera, en Ensenada, Baja
     California. C.P. 22830.

B.   Que es propietario del predio denominado las "BRISAS", ubicado dentro
     de la Delegacion el "SAUZAL" del Municipio de Ensenada, Baja California,
     con superficie de 231 hectáreas, mas demasias que aproximadamente
     son 100 hectáreas, por lo que la superficie es aproximada de 331
     hectáreas, colindando al Norte con Rancho el EDEN, al Sur con Terrenos
     Nacionales, al Este con la autopista, Tijuana-Ensenada, Baja California
     desde el Kilometro 81.5 al 83.5 y al Oeste con la Colonia Costa Azul.

C.   A partir año de 1993 inicio un procedimieno de regularizacion sobre este
     predio ante la Secretaria de la Reforma Agraria y una vez cumpliendo
     completamente con todos los requisitos solicitados por esa Dependecia,
     el 19 de noviembre de 1994, se le expidio el titulo de propiedad numero
     587352, mismo que le fue cancelado, sin que hasta la fecha exista
     explicacion formal por parte de la dependencia de que fue cancelado, no
     obstante que el 04 de agosto de 1994, se cubrio el pago del valor del
     terreno, de acuerdo a lo que dispuso la Direccion de Colonias Nacionales,

1

dependiente de Secretaria de la Reforma Agraria, pago que se encuentra registrado en la propia dependencia.

D. Se ha solicitado a la Secretaría de la Reforma Agraria, se reexpida el titulo que ampara la propiedad a favor del Sr. Ramon Eugenio Sanchez Ritchie y se le otorgue pleno derecho sobre el predio "LAS BRISAS" que se detalla en la declaracion "I.-B" del presente contrato ante la oficial en cita, sin que hasta la fecha haya dado respuesta alguna a esta peticion.

E. A traves de un titulo irregular, el C. Juan Reyes Campillo, llevo a cabo diversas operaciones de venta, sobre el predio "LAS BRISAS" Señalando a Elodia Gomez Castañon y Enedino Madrigal entre otro, quienes a su vez vendieron indebidamente, 100 hectáreas a la empresa Energia Costa Azul, S. de R.L. de C.V.(SEMPRA ENERGY, SHELL, CHEVRON).

F. El "CLIENTE" requiere obtener la reexpedicion definitiva del titulo de propiedad por parte de la Secretaría de la Reforma Agraria, a nombre y favor de Ramon Eugenio Sanchez Ritchie, y que se negocie con Energia Costa Azul, S. de R.L. de C.V. Y/O Sempra Energy el pago del inmueble denominado "LAS BRISAS".

G. Por tal motivo, requiere los servicios de "EL PRESTADOR"

## II.   DECLARA "EL PRESTADOR", POR SU PROPIO DERECHO:

A. Ser una persona física, de nacionalidad mexicana, en pleno uso y goce de sus facultades mentales, y que cuenta con capacidad jurídica y solvencia económica para obligarse en los términos del presente contrato de prestación de servicios, servicios que podrán ser desarrollados por sí, o por las personas que al efecto designe.

B. Que su domicilio para efectos del presente contrato señala como su domicilio el ubicado en Taine No. 729 Interior 1, Chapultepec Polanco, en la Ciudad de México, D.F.

2



III.    DECLARAN "LAS PARTES":

A. De conformidad con las anteriores declaraciones, las partes reconocen
su personalidad jurídica y capacidad legal que ostentan, así mismo
conocen el alcance y contenido de este contrato, por lo que manifiesta
su voluntad de las partes que con la celebración del presente acuerdo de
voluntades, así como la contraprestación correspondiente.

Por lo que ambas partes, y por así ser su libre voluntad, otorgan las siguientes

# CLÁUSULAS

## PRIMERA.- OBJETO

El "PRESTADOR" se obliga a prestar sus servicios al "CLIENTE", consistente en;

1.  Gestionar y obtener la reexpedicion del titulo de propiedad que otorga la
    Secretaria de la Reforma Agraria, a favor del Sr. Ramòn Eugenio Sanchez
    Ritchie, con respecto al predio denominado "LAS BRISAS" que se establece en
    la declaracion I.- B de este contarto.

2.  Negociar de manera exclusiva, con las sociedades Energia Costa Azul, S. de
    R.L. de C.V. Y/O Sempra Energy, la indemizacion de daños y perjuicios o el
    pago del precio sobre inmuebles "LAS BRISAS".

## SEGUNDA.- OBLIGACIONES DE LAS PARTES.

Para el cumplimiento del presente contrato, el "PRESTADOR" se obliga a llevar a cabo las siguientes acciones:

1. Desarrollar los servicios que establecen en la Cláusula que antecede por las personas que designe, aportando el capital humano necesario para ese fin.

2. Tramitar y gestionar, por si o a través de las personas que este designe, las resoluciones tanto federales, estatales y/o municipales que se requieran para la realización, ejecución y obtención de los servicios contratados.

3. Guardar absoluta confidencialidad con respecto a los datos y documentos que "EL CLIETE" le proporcione para las actividades que desarrolle.

4. Las demás necesarias para el adecuado cumplimiento del objeto establecido en el presente contrato.

5. Realizar los pagos totales o parciales correspondientes a los gastos Legales y de Asesorías Financieras Legales, avalúos, y demás contrataciones, publicaciones en medios, contrataciones de abogados en el extranjero, todo esto como cumplimiento para efectuar las acciones legales necesarias para la recuperación del predio en cuestión y/o las negociaciones para el pago correspondiente por parte de Energía Costa Azul, S. de R.L. de C.V. subsidiaria de SEMPRA Energy USA.

Por su parte, el "CLIENTE" se obliga a:

1. Entregar al "PRESTADOR" toda la documentación e información que le sea solicitada a efecto de poder cumplir con los servicios materia del presente Contrato, **otorgándole en este acto al "PRESTADOR" un mandato para que de manera exclusiva, realice las gestiones y negociaciones necesarias para obtener el pago por indemnización del pago de daños y perjuicio o en su defecto el pago del Predio denominado las "BRISAS", esto con las sociedades Energía Costa Azul, S. de R.L. de C.V. Y/O Sempra Energy.**

4

2. Acepta que los recursos financieros y/o monetarios que al efecto sean obtenidos por concepto de pago de las gestiones que efectué el "PRESTADOR" como se señala en el punto que antecede, **serán depositados en cuentan bancaria, la apertura de la cuenta será mancomunada donde signaran única y exclusivamente el "CLIENTE Y EL PRESTADOR"** y se efectuara firma de este contrato en compañía del "PRESTADOR"; por lo que serán en las instituciones Bancarias autorizadas.

3. Otorgar al "PRESTADOR" a la(s) personas(s) que este designe los poderes y autorizaciones suficientes para representar al "CLIENTE" cualquier autoridad judicial o administrativa.

4. Asistir puntualmente a las audiencias, comparecencias, reuniones y juntas que le indique el "PRESTADOR".

5. Pagar los honorarios al "PRESTADOR" en la forma y plazos convenidos en el presente contrato, también se obliga a no contratar a terceras personas para la ejecución de las actividades contratadas con el "PRESTADOR" durante la vigencia del presente contrato.

**TERCERA.- CONTRAPRESTACION.**

Por la contraprestación de los servicios a que se refiere la Cláusula Primera del Presente Contrato, el "CLIENTE" pagara al "PRESTADOR" como contraprestación:

1. La cantidad que resulte de aplicar el 55% (Cincuenta y cinco por ciento) sobre el precio que llegue a pagar Energía Costa Azul, S. de R.L. de C.V Y/O Sempra Energy, por los daños y perjuicio o por el pago de los terrenos "LAS BRISAS", libre de cualquier impuesto, coste o gasto.

2. Así mismo a entregar el 66% (Sesenta y seis por ciento) de la superficie de las demasías existentes en el predio denominado las "BRISAS" esto como se manifiesta que son aproximadamente 100 hectáreas, a las que se les aplicaría dicho porcentaje.

3. El pago de los honorarios pactados deberá realizarse en la fecha en que el "CLIENTE" reciba el pago por concepto de daños y perjuicios o del precio del inmueble "LAS BRISAS", Pago que el "CLIENTE" se obliga a depositar en la cuenta mancomunada tal y como se estipuló en el punto numero 2 del apartado de obligaciones del "CLIENTE", comprometiéndose a acudir a la institución Bancaria donde esta la cuenta mancomunada del "CLIENTE Y PRESTADOR" con el fin de signar los documentos necesarias para que se efectúe pactado en este contrato. En caso de que el "CLIENTE" "PRESTADOR" dentro de dicho plazo, comenzaran a correr intereses del 5% mensual.

**CUARTA.- <u>SUPERVISION.</u>**

El "CLIENTE" podrá, en todo tiempo, a través de los representantes que señale, seguimiento al presente contrato a fin de supervisar y vigilar que los servicios objeto de este contrato se estén brindando en los términos convenidos.

**QUINTA.- <u>RELACION LABORAL.</u>**

El "PRESTADOR" o las personas que este contrate y/o designe para la ejecución de los servicios, no serán considerados en ningún caso como trabajadores del "CLIENTE" para los efectos vigentes y aplicables.

**SEXTA.- <u>MODIFICACIONES.</u>**

El presente contrato podrá ser modificado o adicionado de común acuerdo y solo serna validas cuando hayan sido hechas por escrito y firmadas por las partes.

**SEPTIMA.- <u>CONFIDENCIALIDAD.</u>**

El "PRESTADOR", se obliga a preservar y guardar la confidencialidad de la información, datos o documentos a que tenga acceso derivados de la presentación objeto del presente contrato por ser propiedad exclusiva del "CLIENTE", por lo que no podrá usarlos, revelarlos, y/o hacerlos accesibles a cualquier tercero por medio impreso, electrónico, conferencias, publicidad o cualquier otro forma o medio, ya se en parte o

6

en su conjunto, debiendo observar lo anterior, tanto en México como en el extranjero, la obligación de confidencialidad será durante la vigencia del contrato.

Se exceptúa de la obligación de confidencialidad aquella documentación e información que el "PRESTADOR" entregue a terceros para la ejecución de los servicios materia del presente contrato.

## OCTAVA.- CASO FORTUITO.

Ambas partes estarán exentas de toda responsabilidad civil, en caso de retraso, mora e incumplimiento total o parcial del presente Contrato, debido a causas de fuerza mayor o caso fortuito, entendiéndose por todo esto a todo acontecimiento presente o futuro, ya sea fenómeno de la naturaleza o no, que este fuera del dominio de la voluntad que no pueda preverse y aun previendo, no se pueda evitar.

En tales casos, deberán revisar de común acuerdo el avance de los trabajos para establecer las bases de su terminación.

## NOVENA.- VIGENCIA.

El presente contrato empezará a surtir sus efectos a partir de la fecha de su firma y hasta que se concluyan los trabajos para los que es contratado el "PRESTADOR"

## DECIMA PRIMERA.- CESION DE DERECHOS.

El "PRESTADOR" no podrá ceder total o parcialmente, temporal o definitivamente los derechos y obligaciones derivadas del presente contrato, no obstante, podrá contratar los servicios de terceros para la ejecución del objeto del presente instrumento.

## DECIMA SEGUNDA.- JURISDICCION.

"LAS PARTES" están de acuerdo con todas y cada una de las cláusulas anteriores, y manifiestan que no existe violencia, dolo o mala fe, ni vicio alguno que pudiera afectar la validez de este convenio y establecen su jurisdicción a los tribunales competentes de

7

la ciudad de México, Distrito Federal, renunciando a cualquier otro fuero que por razón de su domicilio, presente o futuro, les pudiera corresponder.

Visto lo anterior y dado que el presente convenio no contiene cláusula contraria a derecho, las partes lo ratifican y lo firman en sus ocho fojas útiles, en dos tantos en la ciudad de México, Distrito Federal, el día 21 del mes de abril del 2008, manifestando que efectuaran la ratificación de firmas del presente contrato ante fedatario público.

"EL CLIENTE"                                    "EL PRESTADOR"

_____           _____
RAMON EUGENIO SANCHEZ RITCHIE     ARQ. JOSÉ SUSUMO AZANO MATSURA

8



Letra B

Letra  B





# TRANSPERFECT
## T R A N S L A T I O N S

# Certificate of Accuracy

I, Tessa Miller of TransPerfect Translations, Inc., an ISO 9001:2008 and EN15038:2006 Certified company, do hereby declare that the following document "Contract for The Provision of Services Between Ramon Eugenio Sanchez Ritchie and Jose Susumo Azano Matsura" was translated by a team of TransPerfect's certified linguists, and are to the best of my knowledge and belief a true and accurate translation from Spanish (Mexico) into English.

I so declare under penalty of perjury under the laws of the State of California on this Friday, September 14, 2012.

Tessa L. Miller
Account Manager
TransPerfect
1230 Columbia Street
Suite 900
San Diego, CA 92101
t +619.696.9000 | f +619.696.9005

[handwritten:] 1

[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]
[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]

## CONTRACT FOR THE PROVISION OF SERVICES

**ENTERED INTO BETWEEN <u>CIT. RAMON EUGENIO SANCHEZ RITCHIE</u>, WHO HENCEFORTH AND FOR THE PURPOSES AND EFFECTS OF THIS INSTRUMENT SHALL BE DESIGNATED AS "THE CLIENT," AND THE <u>ARCHITECT JOSE SUSUMO AZANO MATSURA</u>, HENCEFORTH, AND FOR THE PURPOSES AND EFFECTS OF THIS INSTRUMENT, SHALL BE DESIGNATED AS "THE SERVICE PROVIDER," ACCORDING TO THE FOLLOWING STATEMENTS AND CLAUSES.**

### I. "THE CLIENT" HEREBY STATES UNDER OATH:

A. To be a real person of Mexican nationality, in full use and enjoyment of his rights, with full capacity to be bound by the terms of this Contract. He is a native of the City of Cabo San Lucas, Baja California Sur, where he was born on April 20, 1944, is employed as a businessman, is married under the property separation system, and is current with the payment of his taxes, this final item not being accredited. His domicile is at Calle Tercera No. 1675, Colonia Obrera, in Ensenada, Baja California, Postal Code 22830.

B. That he is owner of the property known as "LAS BRISAS," located within the District of "SAUZA" in the Municipality of Ensenada, Baja California, with a surface area of 231 hectares, plus other lands of about 100 hectares, so that the total surface area is approximately 331 hectares, bordered on the North by Rancho el EDEN, on the South by National Parklands, on the East by the Baja California Tijuana-Ensenada Highway, from kilometer 81.5 to 83.5, and on the West by Colonia Costa Azul.

C. As of 1993, he started regularization proceedings on this property with the Secretary of Agrarian Reform, and once all the requirements requested by this Agency were fully met, on November 19, 1994 the property title number 587352 was issued, and which was then cancelled, without to date any formal explanation by the agency of the reason for the cancellation, notwithstanding the fact that on August 4, 1994, the payment for the value of the land was paid, in accordance with what was stipulated by the Department of National Settlements,

[handwritten:] 2

[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]
[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]

under the Secretary of Agrarian Reform, a payment which is recorded in the agency itself.

D.  It has been requested that the Secretary of Agrarian Reform re-issue the title covering the property in favor of Mr. Ramon Eugenio Sanchez Ritchie, and that he be granted full rights over the property "LAS BRISAS," which is described in exhibit "I.-B" of this contract, by the cited official agency, which to date has not responded to this request.

E.  Through an irregular title, the Cit. Juan Reyes Campillo carried out various sales transactions regarding the property "LAS BRISAS," to Mrs. Elodia Gomez Castañón and Enedino Madrigal, among others, who in turn wrongfully sold 100 hectares to the company Energía Costa Azul, S. de R.L. de C.V. (SEMPRA ENERGY, SHELL, CHEVRON).

F.  The "CLIENT" requests the definitive re-issuance of the property title by the Secretary of Agrarian Reform, in the name and in favor of Ramon Eugenio Sanchez Ritchie, and that negotiations be conducted with Energía Costa Azul, S. de R.L. de C.V. AND/OR Sempra Energy for the payment for the property designated "LAS BRISAS."

G.  For this reason, he requests the services of "THE SERVICE PROVIDER."

## II. "THE SERVICE PROVIDER" DECLARES, ON HIS OWN BEHALF:

A.  That he is a real person, of Mexican nationality, with full use and enjoyment of his mental faculties, and who has the legal standing and financial solvency to be bound by the terms of this contract for the provision of services, such services that may be performed by him or by persons that he may designate for this purpose.

B.  That he indicates for the purposes and effects of this contract, that his domicile is located at Talne No, 729 Interior 1, Chapultepec Polanco, in Mexico City, D.F.

[left margin:] [signatures] [illegible stamp]

[handwritten:] 3

[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]
[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]

## III. "THE PARTIES" HEREBY STATE:

A. That in accordance with the above statements, the parties acknowledge the legal standing and the legal capacity that they hold, as well as that they understand the scope and the content of this contract, such that the intent of the parties is expressed by signing this agreement of intent, as well as by the corresponding payment.

Therefore, both parties, by their own free will, execute the following:

## CLAUSES

## ONE.- PURPOSE

The "SERVICE PROVIDER" undertakes to provide his services to the "CLIENT," consisting in:

1. Handling the paperwork and obtaining the re-issuance of the property title granted by the Secretary of Agrarian Reform, in the favor of Mr. Ramón Eugenio Sanchez Ritchie, concerning with the property known as "LAS BRISAS," which is established in exhibit I.-B of this contract.

2. Negotiating exclusively, with the companies Energía Costa Azul, S. de R.L. de C.V. AND/OR Sempra Energy, the indemnification for damages and losses or the payment of the price on the "LAS BRISAS" properties.

## TWO.- OBLIGATIONS OF THE PARTIES.

[handwritten:] 4

[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]
[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]

For the fulfillment of this contract, the "SERVICE PROVIDER" undertakes to perform the following actions:

1. Carry out the services established in the previous Clause, by himself or through the persons that he may designate, by providing the human capital necessary for said purpose.

2. Process and handle, by himself or through the persons that he may designate, the federal, state and/or municipal permits and paperwork that may be required in order to realize, execute and obtain the contracted services.

3. Maintain absolute confidentiality concerning the data and documents that "THE CLIENT" may provide him for the activities that he may carry out.

4. Anything else that is necessary for the adequate fulfillment of the purpose established in this contract.

5. Make the full or partial payments corresponding to the Legal expenditures and Legal Financial Advice Fees, appraisals, and any other hiring, publication of decrees in the press, hiring of attorneys in other countries, all as compliance in order to effect the legal actions necessary for the recovery of the property in question and/or the negotiations for the corresponding payment by Energía Costa Azul, S. de R.L. de C.V., a subsidiary of SEMPRA Energy USA.

For his part, the "CLIENT" undertakes to:

1. Send to the "SERVICE PROVIDER" all the documentation and information which may be requested of him in order to be able to carry out the services under this Contract, **by granting the "SERVICE PROVIDER," in this act, a mandate so that he may exclusively handle the necessary paperwork and negotiations for obtaining the payment for indemnification for the damages and losses or failing that, the payment for the Property known as "LAS BRISAS," by the companies Energía Costa Azul, S. de R.L. de C.V. AND/OR Sempra Energy**.

[handwritten:] 5

[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]
[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]

2. Accept that the financial and/or monetary resources that for this purpose are obtained as payment for the paperwork and handling that the "SERVICE PROVIDER" has carried out as indicated in the preceding point, **will be deposited in a bank account, the opening of the account shall be joint, where the "CLIENT AND THE SERVICE PROVIDER" will sign solely and exclusively and this shall be carried out upon the signature of this contract in the presence of the "SERVICE PROVIDER**;" such that this will be done with authorized Banking Institutions.

3. Grant the "SERVICE PROVIDER" or the person(s) that he may designate, sufficient powers and authorizations for representing the "CLIENT" before any judiciary or administrative authorities.

4. Punctually attend the hearings, appearances, meetings, and conferences indicated to him by the "SERVICE PROVIDER."

5. Pay the fees to the "SERVICE PROVIDER" in the form and in the installments agreed upon in this contract. He also undertakes to not hire outside parties for the execution of the activities contracted with the "SERVICE PROVIDER" during the term of this contract.

## THREE.- PAYMENT.

For payment of the services referred to in Clause One of This Contract, the "CLIENT" shall pay the "SERVICE PROVIDER" as payment:

1. The amount that results from applying 55% (Fifty-five percent) to the price that Energía Costa Azul, S. de R.L. de C.V. AND/OR Sempra Energy ends up paying for the damages and losses or for the payment for the "LAS BRISAS" property, free of any tax, cost or expense.

2. Likewise, deliver 66% (Sixty-six percent) of the surface area of the existing surrounding lands on the property known as "LAS BRISAS," which as is stated are approximately 100 hectares, on which said percentage shall be applied.

[handwritten:] 6

[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]
[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]

3.  The payment of the fees agreed upon must be made on the date on which the "CLIENT" receives the payment for the damages and losses or for the price of the "LAS BRISAS" property. A payment that the "CLIENT" is required to deposit into the joint account as is stipulated in point number 2 of the section on "CLIENT" obligations, agreeing to go to the Banking institution where the joint account of the "CLIENT AND SERVICE PROVIDER" is located for the purpose of signing the necessary documents so that the full payment agreed upon in this contract can be made. In the event that the "CLIENT" does not pay the "SERVICE PROVIDER" within said Period, the interest will start to be charged at a rate of 5% monthly.

**FOUR.- SUPERVISION.**

The "CLIENT" may, at any time, through the representatives that he may designate, follow up on this contract in order to supervise and verify that the services covered by this contract are being provided on the terms agreed upon.

**FIVE.- LABOR RELATIONS.**

The "SERVICE PROVIDER," or the persons that he may hire and/or designate for the execution of the services, in no case shall be considered as employees of the "CLIENT" for current and applicable purposes and effects.

**SIX.- MODIFICATIONS.**

This contract may be modified or amended by mutual agreement and they only shall be valid when they have been made in writing and signed by the parties.

**SEVEN.- CONFIDENTIALITY.**

The "SERVICE PROVIDER" undertakes to preserve and maintain the confidentiality of the information, data or documents which he may have access to, which arise from the service covered by this contract due to the fact that they are the exclusive property of the "CLIENT," such that he may not use them, disclose them and/or make them available to any third party by printed or digital means, conferences, advertising, or any other form or means, in whole or in part,

[handwritten:] 7

[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]
[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]

being required to observe the above both in Mexico as well as in other countries. The confidentiality obligation shall remain for the duration of the contract.

That documentation and information which the "SERVICE PROVIDER" may supply to third parties for the execution of the services under this contract is exempt from the confidentiality obligation.

**EIGHT.- FORTUITOUS EVENTS.**

Both parties shall be exempt from all civil liability, in the event of the postponement, delay and total or partial non-fulfillment of this Contract, due to force majeure or a fortuitous event, being understood by all the above any event in the present or future, whether a phenomenon of nature or not, that is beyond their will which cannot be foreseen or even if foreseen, cannot be avoided.

In such cases, the progress in the activities must be reviewed by mutual agreement in order to establish the terms and conditions for their completion.

**NINE.-TERM.**

This contract shall become effective as of the date of its signing and until the activities have concluded for which the "SERVICE PROVIDER" has been contracted.

**ELEVEN.- TRANSFER OF RIGHTS.**

The "SERVICE PROVIDER" may not transfer, in whole or in part, temporarily or permanently, the rights and obligations derived from this contract; however, he may hire the services of third parties for the execution of the purpose of this instrument.

**TWELVE.- JURISDICTION.**

"THE PARTIES" are in agreement with each and every one of the preceding clauses, and state that there is no duress, bad faith or malfeasance, nor any defect which might affect the validity of this agreement and they hereby establish its jurisdiction in the competent courts in

[handwritten:] 8

[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]
[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]

Mexico City, Federal District, by waiving any other jurisdiction that, due to their present or future domiciles, may correspond to them.

In witness whereof, and given that this agreement does not contain clauses contrary to law, the parties hereby affirm and sign the same on its eight simple pages, in two copies, in Mexico City, Federal District, on April 21, 2008, by stating that they will confirm with their signatures this contract before a notary public.

**"THE CLIENT"**                    **"THE SERVICE PROVIDER"**
[signature]                         [signature]
**RAMON EUGENIO SANCHEZ RITCHIE**   **ARCH. JOSE SUSUMO AZANO MATSURA**

[handwritten:] 9



[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]
[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]



Letter *B*



[left margin:] [signatures] [illegible stamp]
9

[handwritten:] 10

[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]
[stamp:] ATTY. XAVIER IBÁÑEZ VERAMENDI
NOTARY PUBLIC TIJUANA BAJA CALIFORNIA
UNITED STATES OF MEXICO
[signature]

Letter _B_

In case the holder of this passport requires the assistance or protection from the Mexican government, visit the closest diplomatic or consular representation. For your protection, write the name and address of a person who may be notified in case of an emergency.

Name: _____

Address: _____

Federative Entity: _____

Postal Code _____   Telephone: _____

HOLDER'S ADDRESS

Address: _____

Federative Entity: _____

Postal Code _____   Telephone: _____

[signature]

Holder's signature _____

THIS PASSPORT IS VALID FOR ALL COUNTRIES.

[signature]
[signature]

UNITED STATES OF MEXICO

| PASSPORT | Type | Code of Issuing State | Passport No. |
|---|---|---|---|
| | P | MEX | 00000000105 |
| | | Surnames | |
| [photograph] | | AZANO | |
| | | MATSURA | [signature] |
| | | Given Names | |
| | | JOSÉ SUSUMO | |
| | | Nationality | Personal No. |
| | | Date of birth | |
| | | AUGUST 25, 1965 | |
| | | Sex | Place of birth |
| | | M | GUADALAJARA, JALISCO |
| | | Date of issue | Expiration date |
| | | FEB. 2, 2000 | FEB. 2, 2010 |
| | | Authority | Remarks |
| | | Tlatelolco, D.F. | |

P<MEXAZANO<MATSURA<<JOSE<SUSUMO<<<<<<<<<<<<
000000001052MEX6508254M1002023<<<<<<<<<<<<<<<4

[left margin:] [signatures] [illegible stamp]
10