# Exhibit 4

# BANORTE



## Reporte de Orden de Pago Internacional

BANCO MERCANTIL DEL NORTE S.A.
RFC: BMN-930209-927

16/02/2011 04:35 P.M.

| | |
|---|---|
| Moneda Origen | USD |
| Cuenta Origen | 0650072554 |
| Nombre Beneficiario | ENRIQUE PELAYO NAVARRO |
| Moneda Destino | USD |
| Cuenta Destino | 0974591359 |
| Importe | $41,000.00 |
| Banco Destino | JP MORGAN CHASE BANK |
| Plaza Destino | SAN DIEGO CA |
| RutaFederal (Banco Destino) | N/A |
| SWIFT(Banco Destino) | CHASUS33 |
| Número de Referencia | 160211 |
| Concepto de Pago | 160211 |
| Clave Preferencial | |
| Crédito a | |
| Factura | |
| Avisar a | |
| Otros | |
| Tipo de Cambio | 11.72 |
| Clave de Rastreo | 9472602 |
| Comisión | $34.80 |
| IVA: | $0.00 |
| Importe Total | $41,034.80 |
| Confirmación | PROCESO COMPLETO |
| Capturó | FERNANDO VILLALVAZO SANCHEZ |
| Fecha Captura | 16/02/2011 16:25:05 p.m. |
| Ejecutó | FERNANDO VILLALVAZO SANCHEZ |
| Fecha Ejecución | 16/02/2011 16:35:49 p.m. |
| Autorizó 1:: | |
| Fecha Autorización 1:: | |
| Autorizó 2:: | |
| Fecha Autorización 2:: | |
| Autorizó 3:: | |
| Fecha Autorización 3:: | |
| AutExcepción 1:: | |
| Fecha AutExcepción 1:: | |
| AutExcepción 2:: | |
| Fecha AutExcepción 2:: | |

Para el caso de aclaración respecto a la operación celebrada, se podrá acudir a la Unidad Especializada de Atención a Aclaraciones de la Institución, según corresponda al lugar de celebración de la operación, o solicitada a través de los siguientes teléfonos, en un lapso no mayor a 90 días naturales a partir de la fecha señalada en el presente comprobante:
México D.F. (55) 5140 5600 - Monterrey (81) 8156 9600 - Guadalajara (33) 3669 9000 - Resto del país 01 800 226 6783