# Exhibit 5



# ORDEN DE PAGO ENVIADA AL EXTRANJERO

| OP. ENVÍA | REFERENCIA | FECHA DE ELABORACIÓN: DÍA MES AÑO |
|---|---|---|
| 652 | 9477604 | 17 02 11 |

| FECHA VALOR (DÍA/MES/AÑO) | CIUDAD, ESTADO | DIVISA | TIPO | IMPORTE |
|---|---|---|---|---|
| 18/02/2011 | GUADALAJARA, JAL | Dólar Americano | 1257 | |

**ORDENANTE:** GERARDO CUEVAS ENRIQUEZ
**TELÉFONO:** 30440489
**SUCURSAL:** 652
**CUENTA DE CARGO:** 0541861639

**BANCO DESTINATARIO:** JPMORGAN CHASE BANK ANTES- CHASE MANHATTAN
**PLAZA:** N/A
**ABA:**

**BENEFICIARIO:**
ENRIQUE PELAYO NAVARRO
SAN DIEGO
CALIFORNIA, ESTADOS UNIDOS

INFORMACIÓN DE PAGO PARA EL BENEFICIARIO:
☐ PARA PAGO DE CRÉDITO No.
☐ PARA PAGO DE FACTURA No.
☐ AVISAR A
☐ OTROS ESPECIFICAR

**CUENTA DE DEPÓSITO:** 0974591359
**TELÉFONO:** 3338565057

## COSTOS

| IMPORTE DE LA ORDEN | TRANSMISIÓN |
|---|---|
| 12,120.00 | $ 0.00 |
| TIPO DE CAMBIO PACTADO | COMISIÓN |
| $ 12.05000 | $ 420.00 MXP |
| | IVA |
| | $ 67.20 |
| IMPORTE DE LA ORDEN EN M.N. | IMPORTE TOTAL: |
| $ 146,046.00 | $ 146,533.20 |

**FOLIO ELECTRÓNICO:** 17022011065233301006111257

**AUTORIZACIÓN:**

FIRMA DEL FUNCIONARIO DE LA SUCURSAL / FIRMA DEL ORDENANTE

**COPIA**

LAS ÁREAS SOMBREADAS SERÁN LLENADAS EXCLUSIVAMENTE POR EL ÁREA INTERNACIONAL.

SOLICITUD - CONTRATO DE ORDEN DE PAGO ENVIADA AL EXTRANJERO Clave B-10 que celebran por una parte el "ORDENANTE", cuyo nombre, razón o denominación social aparece en el anverso y el BANCO MERCANTIL DEL NORTE, S.A. Institución de Banca Múltiple, conforme a las siguientes:

## CLÁUSULAS

PRIMERA.- La firma del ordenante o su mandatario en lo sucesivo el "ORDENANTE" de la presente Orden de Pago indica su conformidad a la información asentada en la misma y su aceptación a las presentes condiciones.

SEGUNDA.- BANCO MERCANTIL DEL NORTE, S.A. Institución de Banca Múltiple, en adelante denominado "EL BANCO" no se hace responsable por demoras, falta de pago, omisiones o acciones de terceros debidas a causas ajenas o propias de "EL BANCO" y solo se obliga, en caso de no verificarse el pago, a devolver al "ORDENANTE" el importe de la operación, por lo que los gastos y comisiones que se hubieren originado por motivo de la operación quedarán al beneficio de "EL BANCO".

TERCERA.- "EL BANCO" recibe la orden contenida en el anverso para tramitarla y ejecutarla con estricto apego a las condiciones expresamente señaladas, estableciéndose las fechas de liquidación de la operación conforme a lo siguiente:
a) Pagaderas en Estados Unidos y Canadá.- El primer día hábil posterior a su fecha de emisión.
b) Pagaderas en Europa y Asia.- El tercer día hábil posterior a su fecha de emisión.

CUARTA.- El "ORDENANTE" está de acuerdo en someterse a las políticas y demás disposiciones emitidas y que emita "EL BANCO" en relación al servicio materia de la presente orden.

QUINTA.- El "ORDENANTE" acepta que se le cobre la comisión que "EL BANCO" fije por la prestación del servicio materia de la presente orden.

SEXTA.- En caso de que el "ORDENANTE" quiera cancelar o modificar la orden contenida en el anverso, deberá solicitarlo por escrito a "EL BANCO", indicando en caso de modificación los datos que deben ser modificados y tratándose de cancelación, su deseo de obtener la devolución del importe materia de la misma.

SÉPTIMA.- "EL BANCO", sin su responsabilidad, hará por cuenta, orden y riesgo del "ORDENANTE", las gestiones conducentes siempre y cuando:
a) El aviso de modificación lo reciba oportunamente.
b) La orden no haya sido ejecutada total o parcialmente y
c) No exista impedimento para la modificación en el lugar de destino original ni en el nuevo lugar de destino, en su caso.

OCTAVA.- En ningún caso y de ninguna manera estará "EL BANCO" obligado a hacer restitución alguna del importe de la operación, si los fondos para el pago de la misma fueron remitidos al extranjero y no han sido devueltos y puestos a libre disposición de "EL BANCO" por la persona a quien fueron remitidos.

NOVENA.- Si se obtiene la devolución, "EL BANCO" entregará el importe líquido de la Orden de Pago (deducidos los gastos) a el "ORDENANTE" y no obstante tratarse de una operación en moneda extranjera, la obligación se realizará en su equivalente en moneda nacional al tipo de cambio de compra que rija el día de la liquidación, o bien, con otra orden de pago o giro en la misma moneda si así lo determina el "ORDENANTE".

DÉCIMA.- En todos los casos de modificación o cancelación de la orden de pago a que se refiere este documento, es requisito indispensable para que "EL BANCO" inicie los trámites respectivos, que el "ORDENANTE" entregue a "EL BANCO" el "Comprobante de venta" original y que las solicitudes correspondientes se presenten a "EL BANCO" en día y horas hábiles para atención al público.

DÉCIMA PRIMERA.- "EL BANCO", no tiene la obligación de mandar la orden de pago, si éste excede los fondos con los que cuenta el "ORDENANTE" en su cuenta con "EL BANCO".

DÉCIMA SEGUNDA.- El "ORDENANTE" no puede cancelar la orden de pago después que ésta ha sido ejecutada por "EL BANCO", excepto si existe un mutuo acuerdo entre las partes, en el caso de que exista un error o irregularidad en los datos de la transferencia "EL BANCO" puede, pero no está obligado bajo su propia iniciativa, pedir que se regresen los fondos previamente transferidos por parte del "ORDENANTE" o bien, solicitar que los datos sean corregidos, el "ORDENANTE" en este caso, acepta que se le cobre la comisión por la prestación de este servicio.

Debe entenderse como orden de pago ejecutada, aquella orden de pago emitida por el "ORDENANTE" que ya le sea mandada al Banco Corresponsal, aquella que ya aparece como crédito en los libros del Banco o bien aquella en la cual ya se le ha avisado al beneficiario del recibo de su orden de pago, cualquiera que ocurra primero.

DÉCIMA TERCERA.- "EL BANCO" está autorizado a grabar las instrucciones telefónicas recibidas por el "ORDENANTE" si así lo desea, el decidir grabar tales instrucciones, será de la total discreción por parte de "EL BANCO".

DÉCIMA CUARTA.- "EL BANCO" puede manejar las órdenes de pago emitidas por el "ORDENANTE" bajo su propio criterio, transmitiéndola por la ruta que mejor considere y en absoluta discreción.

DÉCIMA QUINTA.- "EL BANCO" tiene establecido un horario hasta las 12:30 P.M. para procesar órdenes de pago, cualquier orden de pago es procesada después de ese horario, la orden de pago será procesada sin embargo, "EL BANCO" no se hace responsable de que los fondos lleguen al destinatario de esa orden ni que sean acreditados ese mismo día.

DÉCIMA SEXTA.- Si el "ORDENANTE" proporciona el nombre del beneficiario y el número de ABA o ruta bancaria y estos no coinciden entre sí, se tomará como factor predominante, para mandar la orden de pago, el número de ABA o ruta bancaria.