IRELL & MANELLA LLP
John C. Hueston (164921)
jhueston@irell.com
Sandra L. Haberny (260977)
shaberny@irell.com
Roxana Mehrfar (278437)
rmehrfar@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant and Counter-Complainant
SEMPRA ENERGY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON EUGENIO SANCHEZ RITCHIE,<br><br>Plaintiff,<br><br>vs.<br><br>SEMPRA ENERGY, a California corporation,<br><br>Defendant. | Case No. 3:10-cv-1513-CAB-KSC<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Judge; Hon. Cathy Ann Bencivengo<br>Courtroom: 4C |
| SEMPRA ENERGY, a California corporation,<br><br>Defendant and Counter-Complainant,<br><br>vs.<br><br>RAMON EUGENIO SANCHEZ RITCHIE and JOSE SUSUMO AZANO MATSURA,<br><br>Counter-Defendants. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2814782

NOTICE OF APPEARANCE OF COUNSEL
(Case No. 3:10-cv-1513-CAB-KSC)

TO THE CLERK OF THE COURT AND ALL PARTIES IN THIS ACTION:

I, ROXANA MEHRFAR, of Irell & Manella LLP, hereby enter my appearance as counsel of record for defendant and counter-complainant Sempra Energy in this matter. I am a member of the State Bar of California and am admitted to practice in the Southern District of California. Copies of all pleadings, papers, and notices should be served as follows:

> JOHN C. HUESTON
> jhueston@irell.com
> SANDRA L. HABERNY
> shaberny@irell.com
> ROXANA MEHRFAR
> rmehrfar@irell.com
> IRELL & MANELLA LLP
> 840 Newport Center Dr., Ste. 400
> Newport Beach, CA  92660
> Telephone: (949) 760-0991
> Facsimile:  (949) 760-5200

Dated:  May 15, 2013

IRELL & MANELLA LLP
John C. Hueston
Sandra L. Haberny
Roxana Mehrfar

By:  */s/ Roxana Mehrfar*
Roxana Mehrfar

Attorneys for Defendant and Counter-Complainant
SEMPRA ENERGY

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2814782

- 1 -

NOTICE OF APPEARANCE OF COUNSEL
(Case No. 3:10-cv-1513-CAB-KSC)