## MINUTES OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name:     **Ritchie v. Sempra Energy**                    Case Number:     **10cv1513-CAB (KSC)**

Hon. Cathy Ann Bencivengo           Ct. Deputy Lori Hernandez          Rptr. Tape:

Currently on calendar for Friday, January 31, 2014 at 2:00 p.m. is a hearing on Sempra's Motion for Judgment on the Pleadings [Doc. No. 116]. Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this motion suitable for decision without oral argument. Accordingly, the hearing on this motion is taken off calendar and these matters are taken under submission. No appearances will be required in these matters on Friday, January 31, 2014.

Date:       January 27, 2014

Initials: smm