Peter J. Kahn (admitted *pro hac vice*)
William P. Ashworth (admitted *pro hac vice*)
Grace L. Hill (admitted *pro hac vice*)
Meghan Furgeson (admitted *pro hac vice*)
James Gillenwater (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone: (202) 434-5000

Kirk B. Hulett (State Bar No. 110726)
HULETT HARPER STEWART LLP
225 Broadway, Suite 1350
San Diego, CA 92101
Telephone: (619) 338-1133

*Attorneys for Plaintiff*
*Ramon Eugenio Sanchez Ritchie*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| RAMON EUGENIO SANCHEZ RITCHIE,<br><br>Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY, a California corporation,<br><br>Defendant. | Case No.: 3:10-cv-1513-CAB-KSC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Judge:  Hon. Cathy Ann Bencivengo<br>Ctrm: 4C |

TO THE CLERK OF THE COURT AND ALL PARTIES IN THIS ACTION:

PLEASE TAKE NOTICE that Grace L. Hill, admitted *pro hac vice*, hereby withdraws her appearance as counsel of record for Plaintiff Ramon Eugenio Sanchez Ritchie in this matter.  Service of all pleadings, papers, and notices on Ms. Hill should be discontinued.

Dated: July 18, 2014   By: /s/ Grace L. Hill
                          Grace L. Hill

                          Peter J. Kahn
                          William P. Ashworth
                          Grace L. Hill
                          Meghan Ferguson
                          James Gillenwater
                          WILLIAMS & CONNOLLY LLP
                          725 Twelfth Street N.W.
                          Washington, DC  20005
                          Telephone: (202) 434-5000

                          Kirk B. Hulett
                          HULETT HARPER STEWART LLP
                          225 Broadway, Suite 1350
                          San Diego, CA 92101
                          Telephone: (619) 338-1133

                          *Attorneys for Plaintiff*
                           *Ramon Eugenio Sanchez Ritchie*

## **CERTIFICATE OF SERVICE**

I, Grace L. Hill, hereby certify that on July 18, 2014, I caused to be electronically filed through the CM/ECF system of the United States District Court for the Southern District of California a true and correct copy of this Notice of Withdrawal of Counsel. The CM/ECF system will send notification to all counsel of record in this matter that such documents are available for viewing and downloading.

Dated: July 18, 2014            /s/ Grace L. Hill
                                Grace L. Hill