# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Ramon Eugenio Sanchez Ritchie, | CASE NO. 10CV1513-CAB-KSC |
|---|---|
| Plaintiff, | ORDER EXTENDING FACT DISCOVERY DEADLINE TO NOVEMBER 21, 2014 |
| vs. | |
| Sempra Energy, | |
| Defendant. | |

Upon consideration of the parties' proposed discovery schedules for the remainder of this case [Doc. Nos. 180, 181], the Court hereby adopts Defendant Sempra's proposal.  Accordingly, the fact discovery cutoff is extended to **November 21, 2014**.  All other dates, terms and conditions from Judge Crawford's August 4, 2014 Amended Scheduling Order [Doc. No. 173] shall remain in effect.  No further extensions to these dates will be granted.

It is **SO ORDERED**.

DATED: September 10, 2014

**CATHY ANN BENCIVENGO**
United States District Judge