1  Peter J. Kahn (admitted *pro hac vice*)
2  William P. Ashworth (admitted *pro hac vice*)
3  Meghan A. Ferguson (admitted *pro hac vice*)
4  WILLIAMS & CONNOLLY LLP
5  725 Twelfth Street, N.W.
6  Washington, DC 20005
7  Telephone: (202) 434-5000
8  Facsimile: (202) 434-5029
9
10 Leonard B. Simon (58310)
11 THE LAW OFFICES OF
12 LEONARD B. SIMON, P.C.
13 655 West Broadway, Suite 1900
14 San Diego, CA 92101
15 Telephone: (619) 338-4549
16 Facsimile: (619) 231-7423
17 *Attorneys for Jose Susumo Azano Matsura*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| RAMON EUGENIO SANCHEZ RITCHIE,<br><br>Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY, a California corporation,<br><br>Defendant. | Case No.: 3:10-cv-1513-CAB-KSC<br><br>**AZANO'S NOTICE OF MOTION AND MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>DATE: TBD<br>TIME: TBD<br>JUDGE: Magistrate Karen S. Crawford<br>CTRM: 10th Floor (Annex) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Jose Susumo Azano Matsura ("Mr. Azano") will and hereby does move to file the following documents under seal:

(1) Azano's Memorandum of Points & Authorities in Further Support of Motion to File Documents Under Seal

(2) Joint Motion for Determination of Discovery Dispute ("Joint Motion")

(3) Azano's Memorandum of Points & Authorities In Support of Joint Motion

(4) Declaration of Meghan A. Ferguson In Support of Joint Motion ("Ferguson Decl.")

(5) Ferguson Decl. Ex. 1

(6) Ferguson Decl. Ex. 2

(7) Sempra's Memorandum of Points & Authorities Related to Joint Motion

(8) Declaration of Sandra L. Haberny Related to Joint Motion ("Haberny Decl.")

(9) Haberny Decl. Ex. A

(10) Haberny Decl. Ex. B

As set forth more fully in the Memorandum of Points and Authorities and the first sealed document listed above, these documents contain privileged and sensitive information for which there is good cause to protect from public dissemination.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Sealed Documents, the records and files in this case, any other matters of which this Court may take notice, and the further argument of counsel.

Respectfully submitted,

DATED: November 3, 2014    */s/ Peter J. Kahn*

Peter J. Kahn

WILLIAMS & CONNOLLY LLP
PETER J. KAHN (admitted *pro hac vice*)
WILLIAM P. ASHWORTH
 (admitted *pro hac vice*)
MEGHAN A. FERGUSON
 (admitted *pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
Facsimile:   (202) 434-5029
Email:         pkahn@wc.com
                   washworth@wc.com
                   mferguson@wc.com


THE LAW OFFICES OF LEONARD B. SIMON, P.C.
Leonard B. Simon (58310)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 338-4549
Facsimile:   (619) 231-7423
Email:         LenS@rgrdlaw.com

*Attorneys for Jose Susumo Azano Matsura*