Peter J. Kahn (admitted *pro hac vice*)

William P. Ashworth (admitted *pro hac vice*)

Meghan A. Ferguson (admitted *pro hac vice*)

WILLIAMS & CONNOLLY LLP

725 Twelfth Street, N.W.

Washington, DC  20005

Telephone: (202) 434-5000

Facsimile: (202) 434-5029


Leonard B. Simon (58310)

THE LAW OFFICES OF

LEONARD B. SIMON, P.C.

655 West Broadway, Suite 1900

San Diego, CA  92101

Telephone: (619) 338-4549

Facsimile: (619) 231-7423

*Attorneys for Jose Susumo Azano Matsura*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| RAMON EUGENIO SANCHEZ RITCHIE,<br><br>Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY, a California corporation,<br><br>Defendant. | Case No.: 3:10-cv-1513-CAB-KSC<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AZANO'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>DATE:  TBD<br>TIME:  TBD<br>JUDGE:  Magistrate Karen S. Crawford<br>CTRM:   10th Floor (Annex) |

# MEMORANDUM OF POINTS AND AUTHORITIES

Jose Susumo Azano Matsura ("Mr. Azano") respectfully moves this Court for an order to file the following documents under seal.

(l) Azano's Memorandum of Points and Authorities in Further Support of Motion to File Documents Under Seal

(2) Joint Motion for Determination of Discovery Dispute ("Joint Motion")

(3) Azano's Memorandum of Points & Authorities In Support of Joint Motion

(4) Declaration of Meghan A. Ferguson In Support of Joint Motion ("Ferguson Decl.")

(5) Ferguson Decl. Ex. 1

(6) Ferguson Decl. Ex. 2

(7) Sempra's Memorandum of Points & Authorities Related to Joint Motion

(8) Declaration of Sandra L. Haberny Related to Joint Motion ("Haberny Decl.")

(9) Haberny Decl. Ex. A

(10) Haberny Decl. Ex. B

Through the parties' Joint Motion for Determination of Discovery Dispute ("Joint Motion"), Mr. Azano seeks to quash the deposition subpoena that Sempra Energy ("Sempra") served on him on June 23, 2014, in connection with a lawsuit to which Mr. Azano is no longer a party. (That lawsuit was initiated by Plaintiff Ramon Eugenio Sanchez Ritchie against Sempra on July 20, 2010.) The Joint Motion and supporting documents contain privileged and sensitive information, and public dissemination thereof would impose an unfair and undue burden on Mr. Azano. The first document listed above is a memorandum in further support of Mr. Azano's Motion for Leave to File Documents Under Seal, and it makes the particularized showing of good cause required to seal nondispositive motions.

|   |   |
|---|---|
| | Respectfully submitted, |
| DATED: November 3, 2014 | */s/ Peter J. Kahn* |
| | Peter J. Kahn |

WILLIAMS & CONNOLLY LLP
PETER J. KAHN (admitted *pro hac vice*)
WILLIAM P. ASHWORTH
  (admitted *pro hac vice*)
MEGHAN A. FERGUSON
  (admitted *pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:       pkahn@wc.com
             washworth@wc.com
             mferguson@wc.com

THE LAW OFFICES OF LEONARD B. SIMON, P.C.
Leonard B. Simon (58310)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 338-4549
Facsimile:  (619) 231-7423
Email:       LenS@rgrdlaw.com

*Attorneys for Jose Susumo Azano Matsura*