JOHN C. HUESTON (164921)
JHueston@irell.com
MARSHALL A. CAMP (231389)
MCamp@irell.com
SANDRA L. HABERNY (260977)
SHaberny@irell.com
LEE LINDERMAN (280743)
LLinderman@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant SEMPRA ENERGY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| RAMON EUGENIO SANCHEZ RICHIE, <br><br> Plaintiff, <br><br> vs. <br><br> SEMPRA ENERGY, A California Corporation, <br><br> Defendant. | Case No. 3:10-cv-01513-CAB (KSC) <br><br> **SEMPRA ENERGY'S NOTICE OF MOTION AND UNOPPOSED MOTION TO STRIKE FILING** <br><br> JUDGE: Hon. Karen S. Crawford <br> CTRM: 10th floor (Annex) <br> DATE: TBD <br> TIME: TBD |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3173274

Sempra's Notice of Motion
and Motion to File Document Under Seal
(Case No. 3:10-cv-01513-CAB (KSC))

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Sempra Energy ("Sempra") will and hereby does move to strike Sempra's publicly-filed Opposition to Jose Susumo Azano Matsura's Motion to File Documents Under Seal filed on November 6, 2014. Dkt. No. 186.

The reason for this motion is that Azano has taken the position that Sempra's November 6, 2014 filing contains nonpublic, confidential, and sensitive information, and has requested that Sempra re-file its Opposition under seal. Although Sempra does not agree with Azano's position, Sempra nonetheless respectfully requests that the Court strike Sempra's November 6, 2014 filing [Dkt. No. 186] and allow Sempra to re-file its Opposition under seal.

Dated: November 7, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　IRELL & MANELLA LLP
　　　　　　　　　　　　　　　　　　　　John C. Hueston (164921)
　　　　　　　　　　　　　　　　　　　　Marshall A. Camp (231389)
　　　　　　　　　　　　　　　　　　　　Sandra L. Haberny (260977)
　　　　　　　　　　　　　　　　　　　　Lee Linderman (280743)


　　　　　　　　　　　　　　　　　　　　By: */s/ Lee Linderman*
　　　　　　　　　　　　　　　　　　　　　　Lee Linderman
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　Sempra Energy

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3173274

Sempra's Notice of Motion
and Motion to File Document Under Seal
(Case No. 3:10-cv-01513-CAB (KSC))

JOHN C. HUESTON (164921)
JHueston@irell.com
MARSHALL A. CAMP (231389)
MCamp@irell.com
SANDRA L. HABERNY (260977)
SHaberny@irell.com
LEE LINDERMAN (280743)
LLinderman@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant SEMPRA ENERGY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| RAMON EUGENIO SANCHEZ RICHIE,<br><br>Plaintiff,<br><br>vs.<br><br>SEMPRA ENERGY, A California Corporation,<br><br>Defendant. | Case No. 3:10-cv-01513-CAB (KSC)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SEMPRA'S MOTION TO STRIKE FILING**<br><br>JUDGE: Hon. Karen S. Crawford<br>CTRM: 10th floor (Annex)<br>DATE: TBD<br>TIME: TBD |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3173274

- -

Sempra's MPA ISO
Motion to File Document Under Seal
(Case No. 3:10-cv-01513-CAB (KSC))

# **MEMORANDUM OF POINTS AND AUTHORITIES**

On November 3, 2014, Jose Susumo Azano Matsura ("Azano") filed a Motion to File Documents Under Seal ("Sealing Motion") relating to the parties' Joint Motion to Quash the deposition subpoena served on Azano. Dkt. No. 184. On November 6, 2014, Sempra filed its Opposition to Azano's Sealing Motion. Dkt. No. 186.

Azano has taken the position that Sempra's Opposition contains nonpublic, confidential, and sensitive information. Sempra does not agree with Azano's position but, to avoid an unnecessary dispute and to avoid burdening the Court, Sempra respectfully requests that the Court strike Sempra's November 6, 2014 filing and allow Sempra to re-file its Opposition under seal. At the request of the Clerk, Sempra is concurrently filing a separate, unopposed motion for an order permitting Sempra to file its Opposition under seal.

Dated: November 7, 2014

Respectfully submitted,

IRELL & MANELLA LLP
John C. Hueston (164921)
Marshall A. Camp (231389)
Sandra L. Haberny (260977)
Lee Linderman (280743)

By: */s/ Lee Linderman*
   Lee Linderman
   Attorneys for Defendant
   Sempra Energy

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3173274

- 1 -

Sempra's MPA ISO
Motion to File Document Under Seal
(Case No. 3:10-cv-01513-CAB (KSC))

| | |
|---|---|
| 1 | JOHN C. HUESTON (164921) |
| | JHueston@irell.com |
| 2 | MARSHALL A. CAMP (231389) |
| | mcamp@irell.com |
| 3 | SANDRA L. HABERNY (260977) |
| 4 | SHaberny@irell.com |
| | LEE LINDERMAN (280743) |
| 5 | LLinderman@irell.com |
| | IRELL & MANELLA LLP |
| 6 | 840 Newport Center Drive, Suite 400 |
| 7 | Newport Beach, California 92660-6324 |
| | Telephone: (949) 760-0991 |
| 8 | Facsimile: (949) 760-5200 |
| 9 | Attorneys for Defendant SEMPRA ENERGY |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON EUGENIO SANCHEZ RICHIE, | Case No. 3:10-cv-01513-CAB (KSC) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SEMPRA ENERGY, A California Corporation, | Judge: Hon. Karen S. Crawford |
| Defendant. | |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3173274

1 The undersigned hereby certifies that on November 7, 2014, true and correct copies of the following document were transmitted electronically to the Electronic Filing System of the United States District Court for the Southern District of California which, under Local Civil Rule 5.4(b) & (c), is believed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are believed to have consented to electronic service:

(1) **SEMPRA ENERGY'S NOTICE OF MOTION AND MOTION TO STRIKE FILING**; and

(2) **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SEMPRA'S MOTION TO STRIKE FILING.**

Executed on November 7, 2014 at Los Angeles, California.

*/s/ Lee Linderman*
Lee Linderman
LLinderman@irell.com

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3173274

CERTIFICATE OF SERVICE
(Case No. 3:10-cv-01513-CAB (KSC))