JOHN C. HUESTON (164921)
JHueston@irell.com
MARSHALL A. CAMP (231389)
MCamp@irell.com
SANDRA L. HABERNY (260977)
SHaberny@irell.com
LEE LINDERMAN (280743)
LLinderman@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant SEMPRA ENERGY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| RAMON EUGENIO SANCHEZ RICHIE, <br><br> Plaintiff, <br><br> vs. <br><br> SEMPRA ENERGY, A California Corporation, <br><br> Defendant. | Case No. 3:10-cv-01513-CAB (KSC) <br><br> **SEMPRA ENERGY'S NOTICE OF UNOPPOSED MOTION AND MOTION TO FILE DOCUMENT UNDER SEAL** <br><br> JUDGE: Hon. Karen S. Crawford <br> CTRM: 10th floor (Annex) <br> DATE: TBD <br> TIME: TBD |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3173115

Sempra's Notice of Motion
and Motion to File Document Under Seal
(Case No. 3:10-cv-01513-CAB (KSC))

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Sempra Energy ("Sempra") will and hereby does move to file the following document under seal:

- Sempra's Opposition to Jose Susumo Azano Matsura's Motion to File Documents Under Seal.

As set forth more fully in the Memorandum of Points and Authorities, Non-Party Jose Susumo Azano Matsura ("Azano") has taken the position that information contained in Sempra's Opposition is confidential and should be shielded from public disclosure. Accordingly, out of an abundance of caution, Sempra hereby requests permission to file its Opposition under seal.

Dated: November 7, 2014

Respectfully submitted,

IRELL & MANELLA LLP
John C. Hueston (164921)
Marshall A. Camp (231389)
Sandra L. Haberny (260977)
Lee Linderman (280743)

By: */s/ Lee Linderman*
    Lee Linderman
    Attorneys for Defendant
    Sempra Energy

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3173115

Sempra's Notice of Motion
and Motion to File Document Under Seal
(Case No. 3:10-cv-01513-CAB (KSC))

JOHN C. HUESTON (164921)
JHueston@irell.com
MARSHALL A. CAMP (231389)
MCamp@irell.com
SANDRA L. HABERNY (260977)
SHaberny@irell.com
LEE LINDERMAN (280743)
LLinderman@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant SEMPRA ENERGY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| RAMON EUGENIO SANCHEZ RICHIE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SEMPRA ENERGY, A California Corporation,<br><br>　　　　Defendant. | Case No. 3:10-cv-01513-CAB (KSC)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SEMPRA'S MOTION TO FILE DOCUMENT UNDER SEAL**<br><br>JUDGE: Hon. Karen S. Crawford<br>CTRM: 10th floor (Annex)<br>DATE: TBD<br>TIME: TBD |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3173115

Sempra's MPA ISO
Motion to File Document Under Seal
(Case No. 3:10-cv-01513-CAB (KSC))

- -

## MEMORANDUM OF POINTS AND AUTHORITIES

On November 3, 2014, Jose Susumo Azano Matsura ("Azano") filed a Motion to File Documents Under Seal ("Sealing Motion") relating to the parties' Joint Motion to Quash the deposition subpoena served on Azano.

Azano has taken the position that some of the information contained in the Joint Motion and referenced in Sempra's opposition is confidential and should be shielded from public disclosure. Although Sempra does not agree with Azano's position, Sempra nonetheless respectfully requests the Court enter an order filing Sempra's Opposition to the Sealing Motion under seal.

Dated: November 7, 2014

Respectfully submitted,

IRELL & MANELLA LLP
John C. Hueston (164921)
Marshall A. Camp (231389)
Sandra L. Haberny (260977)
Lee Linderman (280743)


By: */s/ Lee Linderman*
Lee Linderman
Attorneys for Defendant
Sempra Energy

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3173115

- 1 -

Sempra's MPA ISO
Motion to File Document Under Seal
(Case No. 3:10-cv-01513-CAB (KSC))

JOHN C. HUESTON (164921)
JHueston@irell.com
MARSHALL A. CAMP (231389)
mcamp@irell.com
SANDRA L. HABERNY (260977)
SHaberny@irell.com
LEE LINDERMAN (280743)
LLinderman@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant SEMPRA ENERGY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON EUGENIO SANCHEZ RICHIE,<br><br>Plaintiff,<br><br>vs.<br><br>SEMPRA ENERGY, A California Corporation,<br><br>Defendant. | Case No. 3:10-cv-01513-CAB (KSC)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Karen S. Crawford |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

CERTIFICATE OF SERVICE
(Case No. 3:10-cv-01513-CAB (KSC))

3173115

| | |
|---|---|
| 1 | The undersigned hereby certifies that on November 7, 2014, true and correct |
| 2 | copies of the following document were transmitted electronically to the Electronic |
| 3 | Filing System of the United States District Court for the Southern District of |
| 4 | California which, under Local Civil Rule 5.4(b) & (c), is believed to have sent |
| 5 | notice of such filing, constituting service of the filed document, on all Filing Users, |
| 6 | all of whom are believed to have consented to electronic service: |

(1) **SEMPRA ENERGY NOTICE OF MOTION AND MOTION TO FILE DOCUMENT UNDER SEAL;** and

(2) **SEMPRA ENERGY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO FILE DOCUMENT UNDER SEAL.**

Executed on November 7, 2014 at Los Angeles, California.

*/s/ Lee Linderman*
Lee Linderman
LLinderman@irell.com

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3173115

CERTIFICATE OF SERVICE
(Case No. 3:10-cv-01513-CAB (KSC))

- 1 -

```
 1  JOHN C. HUESTON (164921)
    JHueston@irell.com
 2  MARSHALL A. CAMP (231389)
    mcamp@irell.com
 3  SANDRA L. HABERNY (260977)
    SHaberny@irell.com
 4  LEE LINDERMAN (280743)
    LLinderman@irell.com
 5  IRELL & MANELLA LLP
 6  840 Newport Center Drive, Suite 400
    Newport Beach, California 92660-6324
 7  Telephone: (949) 760-0991
    Facsimile: (949) 760-5200
 8
 9  Attorneys for Defendant SEMPRA ENERGY
10
                    UNITED STATES DISTRICT COURT
11                  SOUTHERN DISTRICT OF CALIFORNIA
12
13  RAMON EUGENIO SANCHEZ      ) Case No. 3:10-cv-01513-CAB (KSC)
    RICHIE,                    )
14                             )
              Plaintiff,       )
15                             ) PROOF OF SERVICE
         vs.                   )
16                             )
17  SEMPRA ENERGY, A California)
    Corporation,               ) Judge: Hon. Karen S. Crawford
18                             )
              Defendant.       )
19                             )
```

3173115

# PROOF OF SERVICE

*Ritchie v. Sempra Energy*

Case No. 10-CV-1513-CAB(KSC)

I am employed in Los Angeles, CA. I am over the age of 18 and am not a party to this action. My business address is 1800 Avenue of the Stars, Los Angeles, CA, 90067.

On November 7, 2014, I served the following unredacted document on each interested party as stated in the attached service list:

(1) Sempra Energy's Memorandum of Points and Authorities in Opposition to Jose Susumo Azano Matsura's Motion to File Documents Under Seal.

| X | (BY ELECTRONIC MAIL) I caused the foregoing document to be served electronically by mailing a true and correct copy through Irell & Manella LLP's electronic mail system to the following email addresses: PKahn@wc.com; WAshworth@wc.com; MFerguson@wc.com; JGillenwater@wc.com; LenS@rgrdlaw.com; kirk@hulettharper.com; and #Service-Sempra [Ext/Int].

Executed on November 7, 2014 at Los Angeles, CA.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Lee Linderman*
Lee Linderman
LLinderman@irell.com

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3173115

PROOF OF SERVICE
(Case No. 3:10-cv-01513-CAB (KSC))