JOHN C. HUESTON (164921)
JHueston@irell.com
MARSHALL A. CAMP (231389)
MCamp@irell.com
SANDRA L. HABERNY (260977)
SHaberny@irell.com
LEE LINDERMAN (280743)
LLinderman@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant SEMPRA ENERGY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| RAMON EUGENIO SANCHEZ RICHIE,<br><br>Plaintiff,<br><br>vs.<br><br>SEMPRA ENERGY, A California Corporation,<br><br>Defendant. | Case No. 3:10-cv-01513-CAB (KSC)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SEMPRA'S OPPOSITION TO AZANO'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>JUDGE: Hon. Karen S. Crawford<br>CTRM: 10th floor (Annex)<br>DATE: TBD<br>TIME: TBD |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3170706

Sempra's MPA ISO Opposition to
Azano Motion to File Under Seal
Case No. 10-cv-1513-CAB (KSC)

## I. MEMORANDUM OF POINTS AND AUTHORITIES

On June 27, 2014, Defendant Sempra Energy ("Sempra") served Jose Susumo Azano Matsura ("Azano") with a deposition subpoena and a document subpoena. The subpoenas seek information centrally relevant to this case, including evidence of the damages Plaintiff alleges he suffered in the form of attorneys' fees and costs paid by Azano. Azano seeks to quash the deposition subpoena, which Sempra opposes. Pursuant to the Court's Chamber Rules, the parties prepared a Joint Motion for Determination of Discovery Dispute to resolve Azano's motion to quash. Shortly before the deadline the parties agreed upon for Azano to file the Joint Motion, Azano's counsel asked Sempra's counsel to consent to filing the Joint Motion under seal. Because there does not appear to be any valid basis for under-seal filing, Sempra stated its opposition. Azano then unilaterally filed the instant Motion to File Documents Under Seal (the "Sealing Motion"), which Sempra now opposes.

The Sealing Motion fails to identify any valid basis for filing the Joint Motion and supporting papers under seal, and falls far short of demonstrating "a particularized showing under the good cause standard" as the law requires. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010). ▮

▮

▮

▮

▮

▮

▮ Indeed, despite sweeping claims that the Joint Motion contains "privileged" and "confidential" information, the Sealing Motion fails to identify a single confidential, privileged, proprietary or otherwise sensitive fact that would be disclosed if the Joint Motion were filed publicly. Nor have any of the documents Azano seeks to file under seal been marked confidential or highly confidential

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3170706

- 1 -

Sempra's MPA ISO Opposition to
Azano Motion to File Under Seal
Case No. 10-cv-1513-CAB (KSC)

1  pursuant to the protective order agreed upon by the parties in this case. *See* Dkt. No.
2  140.
3  [redacted]
4  [redacted]
5  [redacted]
6  [redacted]
7  [redacted]
8  [redacted]
9  [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]

14     The Sealing Motion also fails because Azano cannot meet his burden of
15 showing "that 'for each particular document [he] seeks to protect . . . specific harm
16 or prejudice will result'" if the document is filed publicly. *BT Collective v. IP*
17 *Holdings, LLC*, No. 11-cv-0021-LAB (WVG), 2011 WL 5873388, at *5 (S.D. Cal.
18 Nov. 23, 2011) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122,
19 1130 (9th Cir. 2003)). [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]
26 [redacted]
27 [redacted]
28 [redacted]

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3170706                                - 2 -

Sempra's MPA ISO Opposition to
Azano Motion to File Under Seal
Case No. 10-cv-1513-CAB (KSC)



**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3170706

Sempra's MPA ISO Opposition to
Azano Motion to File Under Seal
Case No. 10-cv-1513-CAB (KSC)

## II. CONCLUSION

Accordingly, for the reasons set forth above, the Court is respectfully requested to deny Azano's Motion to File Documents Under Seal [Dkt. No. 184].

Dated: November 7, 2014

Respectfully submitted,

IRELL & MANELLA LLP
John C. Hueston (164921)
Marshall A. Camp (231389)
Sandra L. Haberny (260977)
Lee Linderman (280743)


By: */s/ Lee Linderman*
    Lee Linderman
    Attorneys for Defendant
    Sempra Energy

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3170706

- 4 -

Sempra's MPA ISO Opposition to
Azano Motion to File Under Seal
Case No. 10-cv-1513-CAB (KSC)