| | |
|---|---|
| Peter J. Kahn (admitted *pro hac vice*) | John C. Hueston (164921) |
| William P. Ashworth (admitted *pro hac vice*) | Marshall A. Camp (231389) |
| Meghan A. Ferguson (admitted *pro hac vice*) | Lee Linderman (280743) |
| James E. Gillenwater (admitted *pro hac vice*) | HUESTON HENNIGAN LLP |
| WILLIAMS & CONNOLLY LLP | 523 West 6th Street, Suite 400 |
| 725 Twelfth Street, N.W. | Los Angeles, CA 90014 |
| Washington, DC 20005 | Telephone: (213) 788-4340 |
| Telephone: (202) 434-5000 | Facsimile: (888) 775-0898 |
| Facsimile: (202) 434-5029 | |

*Attorneys for Defendant Sempra Energy*

Leonard B. Simon (58310)
THE LAW OFFICES OF LEONARD B. SIMON, P.C.
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 338-4549
Facsimile: (619) 231-7423

*Attorneys for Jose Susumo Azano Matsura*

Kirk B. Hulett (110726)
Dennis Stewart (99152)
HULETT HARPER STEWART LLP
225 Broadway, Suite 1350
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

*Attorneys for Plaintiff Ramon Eugenio Sanchez Ritchie*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| RAMON EUGENIO SANCHEZ RITCHIE,<br><br>Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY, a California corporation,<br><br>Defendant. | Case No.: 3:10-cv-1513-CAB-KSC<br><br>**STIPULATION AND JOINT MOTION REGARDING DEPOSITION OF JOSE SUSUMO AZANO MATSURA**<br><br>DATE: TBD<br>TIME: TBD<br>JUDGE: Magistrate Karen S. Crawford<br>CTRM: 10th Floor (Annex) |

TO THE COURT, ALL PARTIES AND THE RESPECTIVE ATTORNEYS OF RECORD:

Jose Susumo Azano Matsura ("Mr. Azano") and Defendant Sempra Energy ("Sempra"), by and through their respective attorneys of record, HEREBY STIPULATE AND AGREE TO THE FOLLOWING, AND REQUEST THAT AN ORDER BE ENTERED THEREON:

WHEREAS, on June 23, 2014, Sempra served Mr. Azano with a Rule 45 subpoena seeking documents and deposition testimony;

WHEREAS, Mr. Azano subsequently moved to quash Sempra's deposition subpoena;

WHEREAS, on April 6, 2015, the Court denied Mr. Azano's motion to quash the deposition subpoena and ordered Mr. Azano to appear for a deposition within 30 days of the date of the Court's Order;

WHEREAS, Mr. Azano is not available for a deposition on or before May 6, 2015;

WHEREAS, Counsel for Mr. Azano and counsel for Sempra have met and conferred, and counsel for Mr. Azano proposed a deposition date of May 19, 2015;

WHEREAS, Counsel for Sempra has indicated that it will not oppose Mr. Azano's request to hold his deposition on May 19, 2015;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES TO THIS ACTION, THROUGH THEIR RESPECTIVE COUNSEL, SUBJECT TO APPROVAL OF THE COURT, that Mr. Azano shall appear for a deposition in the Southern District of California on May 19, 2015.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: May 1, 2015 | WILLIAMS & CONNOLLY LLP |

By:  /s/ Peter J. Kahn
Peter J. Kahn

PETER J. KAHN
  (admitted *pro hac vice*)
WILLIAM P. ASHWORTH
  (admitted *pro hac vice*)
MEGHAN A. FERGUSON
  (admitted *pro hac vice*)
JAMES E. GILLENWATER
  (admitted *pro hac vice*)

725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
Facsimile:   (202) 434-5029
Email:        pkahn@wc.com
                  washworth@wc.com
                  mferguson@wc.com
                  jgillenwater@wc.com

THE LAW OFFICES OF LEONARD B. SIMON, P.C.
Leonard B. Simon (58310)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 338-4549
Facsimile:   (619) 231-7423
Email:        LenS@rgrdlaw.com

*Attorneys for Jose Susumo Azano Matsura*

| | | | |
|---|---|---|---|
| DATED: May 1, 2015 | | By: | /s/ Lee Linderman |
| | | | Lee Linderman |

HUESTON HENNIGAN LLP
John C. Hueston (164921)
Marshall A. Camp (231389)
Lee Linderman (280743)
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:    (888) 775-0898

*Attorneys for Defendant Sempra Energy*

| | | | |
|---|---|---|---|
| DATED: May 1, 2015 | | By: | /s/ Kirk B. Hulett |
| | | | Kirk B. Hulett |

HULETT HARPER STEWART LLP
Kirk B. Hulett (110726)
Dennis Stewart (99152)
225 Broadway, Suite 1350
San Diego, CA  92101
Telephone:   (619) 338-1133
Facsimile:    (619) 338-1139

*Attorneys for Plaintiff Ramon Eugenio Sanchez Ritchie*