| | |
|---|---|
| HULETT HARPER STEWART LLP<br>KIRK B. HULETT, SBN: 110726<br>DENNIS STEWART, SBN: 99152<br>225 Broadway, Suite 1350<br>San Diego, CA 92101<br>Telephone: (619) 338-1133<br>Facsimile: (619) 338-1139<br><br>WILLIAMS & CONNOLLY LLP<br>PETER J. KAHN<br>(admitted *pro hac vice*)<br>WILLIAM P. ASHWORTH<br>(admitted *pro hac vice*)<br>MEGHAN FERGUSON<br>(admitted *pro hac vice*)<br>JAMES GILLENWATER<br>(admitted *pro hac vice*)<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br><br>Attorneys for Plaintiff Ramon Eugenio Sanchez Ritchie | HUESTON HENNIGAN LLP<br>JOHN C. HUESTON, SBN: 164921<br>MARSHALL A. CAMP, SBN: 231389<br>LEE LINDERMAN, SBN: 280743<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br>Facsimile: (888) 775-0898<br><br>Attorneys for Defendant Sempra Energy |

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON EUGENIO SANCHEZ RITCHIE,<br><br>Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY, a California Corporation,<br><br>Defendant. | CASE NO. 10-CV-1513-CAB (KSC)<br><br>**STIPULATED JOINT MOTION TO VACATE JULY 1, 2015 PRETRIAL MOTION DEADLINE AND TO REQUEST SCHEDULING CONFERENCE**<br><br>JUDGE: Hon. Cathy Ann Bencivengo<br>CTRM: 4C |

| | **JOINT STIPULATION** |
|---|---|
| 1 | |
| 2 | Pursuant to Federal Rule of Civil Procedure 16, Plaintiff Ramon Eugenio |
| 3 | Sanchez Ritchie ("Plaintiff") and Defendant Sempra Energy ("Sempra") |
| 4 | (collectively with Plaintiff, the "Parties") by and through their respective attorneys, |
| 5 | hereby stipulate as follows: |
| 6 | WHEREAS, on June 1, 2015, this Court continued the previously-set |
| 7 | pretrial motion deadline from June 1, 2015 to July 1, 2015 [Doc. No. 216]; |
| 8 | WHEREAS, on June 11, 2015, Magistrate Judge Karen S. Crawford entered |
| 9 | an order [Doc. No. 217] compelling Sempra to produce additional documents and |
| 10 | information in response to certain of Plaintiff's discovery requests on or before July |
| 11 | 10, 2015; |
| 12 | WHEREAS, Sempra filed Objections to and Appeal of Magistrate Judge |
| 13 | Crawford's June 11, 2015 order, which is set for hearing on July 20, 2015 [Doc. |
| 14 | No. 219]; |
| 15 | WHEREAS, Sempra's Objections to and Appeal of Magistrate Judge |
| 16 | Crawford's June 11, 2015 order [Doc. No. 219] is pending before this Court; |
| 17 | WHEREAS, the Parties filed a stipulated joint motion to stay compliance |
| 18 | with the June 11, 2015 Order until this Court rules on Sempra's Objections [Doc. |
| 19 | No. 220]; |
| 20 | WHEREAS, the Parties agree that it would be in the best interests of |
| 21 | efficiency, fairness, conservation of resources, and judicial economy to (1) vacate |
| 22 | the July 1, 2015 pretrial motion deadline and (2) hold a scheduling conference to |
| 23 | set remaining pretrial deadlines in this case. |
| 24 | NOW THEREFORE, the Parties hereby stipulate and agree as follows: |
| 25 | The July 1, 2015 pretrial motion deadline should be vacated and a |
| 26 | scheduling conference should be set at the Court's earliest convenience. |
| 27 | The Parties respectfully request that the Court grant their stipulated joint |
| 28 | motion, vacate the July 1, 2015 pretrial motion deadline, and set a scheduling |

conference at its earliest convenience.

**IT IS SO STIPULATED.**

DATED: June 22, 2015                HULETT HARPER STEWART LLP
                                    KIRK B. HULETT
                                    DENNIS STEWART

                            By:     */s/ Kirk B. Hulett*
                                    Kirk B. Hulett

                                    225 Broadway, Suite 1350
                                    San Diego, CA  92101
                                    Telephone:  (619) 338-1133
                                    Facsimile:   (619) 338-1139
                                    Email:        kbh@hulettharper.com

                                    WILLIAMS & CONNOLLY LLP
                                    PETER J. KAHN (admitted *pro hac vice*)
                                    WILLIAM P. ASHWORTH
                                      (admitted *pro hac vice*)
                                    MEGHAN FERGUSON
                                      (admitted *pro hac vice*)
                                    JAMES GILLENWATER
                                      (admitted *pro hac vice*)
                                    725 Twelfth Street, N.W.
                                    Washington, DC  20005
                                    Telephone:  (202) 434-5000
                                    Facsimile:   (202) 434-5029
                                    Email:        pkahn@wc.com
                                                  washworth@wc.com
                                                  mferguson@wc.com
                                                  jgillenwater@wc.com

                                    THE LAW OFFICES OF LEONARD B.
                                      SIMON, P.C.
                                    LEONARD B. SIMON; SBN: 58310
                                    655 West Broadway, Suite 1900
                                    San Diego, CA 92101
                                    Telephone:  (619) 338-4549
                                    Facsimile:   (619) 231-7423

Email: lens@rgrdlaw.com

Attorneys for Plaintiff Ramon Eugenio Sanchez Ritchie

HUESTON HENNIGAN LLP
John C. Hueston (164921)
Marshall A. Camp (231389)
Lee Linderman (280743)

By:     */s/ Lee Linderman*
Lee Linderman
Attorneys for Defendant Sempra Energy

Authorization of Electronic Signature Certification

I, Lee Linderman, hereby certify pursuant to Section 2.f.4 of the CASD ECF Policies and Procedures that Kirk B. Hulett, counsel of record for Plaintiff, authorized me to electronically sign this document on his behalf.

Dated: June 22, 2015 By: _*/s/ Lee Linderman*_
Lee Linderman