

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff<br>Ramon Eugenio Sanchez Ritchie<br><br>V.<br><br>Defendant<br>Sempra Energy, a California corporation<br><br>Counter Claimant<br>Sempra Energy, a California corporation<br><br>V.<br><br>Counter Defendant<br>Jose Susumo Azano Matsura; Ramon Eugenio Sanchez Ritchie | Civil Action No. 10-cv-1513-CAB-KSC<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

It is hereby Ordered that Sempra's motion to dismiss is Granted, and Ritchie's motion for leave to file a TAC is Denied. Further because no subsequent attempt to amend the complaint could save the remaining conversion claim from being time-barred, this case is Dismissed With Prejudice.
It is So Ordered.

Date: 9/20/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy